**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LAURENTINO BECERRA, #R47844**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 2760 |
| ) | |
| **TEJADA** - (Warden), et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On April 25, 2014 this Court issued a memorandum order ("Order") that found (1) that pro se plaintiff Laurentino Becerra ("Becerra") would plainly qualify for in forma pauperis ("IFP") treatment of the special type provided for in 28 U.S.C. § 1915 ("Section 1915"), in addition to which (2) Becerra's Motion for Appointment of Counsel should be (and therefore was) granted. But because Becerra had not then provided all of the information called for by Section 1915(a)(2), the Order directed him to do so.

Becerra has now come forward with the required information, and this Court has been enabled to make the calculation required by Section 1915(a)(2), for which purpose it has accepted Becerra's report that the date of "filing" of this action (after applying the "mailbox rule") was April 14, 2014. According to the two printouts from Becerra's trust fund account that have been provided to this Court, Becerra's average monthly deposits to that account during the six-month period preceding that filing date came to $41.59, 20% of which is $8.32. Accordingly Becerra is assessed that initial fee of $8.32 plus 20% of all deposits to that account during the month of April <u>after</u> April 14 (in that respect, the second printout that Becerra has furnished, which ran through April 28, reflected a $150 deposit on April 19), and the Stateville trust fund

officer is ordered to collect that amount from Becerra's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department

After such payment, the trust fund officer at Stateville (or at any other correctional facility where Becerra may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Becerra's name and the 14 C 2760 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Stateville trust fund officer.

                                                                                      _____
                                                                                      Milton I. Shadur
                                                                                      Senior United States District Judge

Date: May 20, 2014